UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Carlos L Padron
SS#: XXX-XX-2891
Milagros Sanchez Suarez
SS#: XXX-XX-1757

Case No. : 17-10699-RAM
Chapter 13

_____ Debtor(s). ____/

### Attorney-Represented Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation

The Debtors file this Verified Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Motion") and requests the Court enter an Order Granting Debtors' Ex Parte Motion for Referral to Mortgage Modification Mediation" ("Ex Parte Order") referring Debtors and Nationstar Mortgage LLC ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1. Debtors are individuals who have filed for bankruptcy relief under, or converted to, Chapter 13 on 01/20/2017.

2. Debtor requests MMM for real property ("Property") located at the following street address: 9375 SW 40th Terr Apt 110, Miami, FL 33165 account number for this Property is 3028 (last four digits).

   a. The Property is (check one box):

      ☒ the Debtors' primary residence

      ☐ not the Debtor's primary residence

   b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

      ☒ Debtor only

      ☐ Debtor and non-filing co-obligor/co-borrower/third party

      Contact information for co-obligor/co-borrower/third party:

Name: _____
Address: _____
Telephone: _____
Email: _____

☐ Other:

Name: _____
Address: _____
Telephone: _____
Email: _____

    c. If applicable, Debtor's attorney has simultaneously filed with this Motion the MMM Local Form "Third Party's Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtor intends to (check all boxes that apply):

    ☒ modify the mortgage on the Debtor's primary residence.

    ☐ modify the mortgage on Property that is not the Debtor's primary residence.

    ☐ surrender the Property to the Lender.

4. Prior to filing this motion, Debtors remitted to Debtor's attorney the required non-refundable portal submission fee in the amount of $40.00 and the required non-refundable Document Preparation Software fee in the amount of $40.00 for a total fee of $80.00.

5. Prior to filing this motion, Debtor's attorney completed Debtor's information using the court-approved on-line program that facilitates the preparation of the Debtor's loan modification package ("Document Preparation Software") and has paid the $40.00 Document Preparation Software fee to the approved vendor. Debtors' initial loan modification forms have been generated and are ready for signature and submission.

Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6. Prior to filing this motion, Debtor's attorney has determined that:

    ☒ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

    ☐ Lender is not registered. Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7. Debtor requests Lender consider (check as many boxes as applicable):

    ☒ a HAMP or government sponsored loan modification

    ☒ a conventional loan modification

    ☒ a deed in lieu of foreclosure

    ☒ a state court consent *in rem* final judgment of foreclosure

    ☒ surrender options

    ☒ other: Principal Reduction and/or Forgiveness

8.. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

    a. Debtor will submit all additional documents required for surrender as provided for on the MMM Portal.

    b. Debtor represents that the property has been listed for sale.

9. Prior to filing this motion, Debtor remitted the required mediator's fee in the amount of $300.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 11. Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

10. Within seven days after filing the MMM Local Form "Debtors' Notice of Selection of Mortgage Modification Mediator (or "Notice of Clerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtor's attorney shall upload and submit through the MMM Portal, Debtor's Prepared Package, together with any additional forms or documents which Lender may post on the MMM Portal, and pay a non-refundable MMM Portal submission fee in the amount of $40.00. In addition, the Debtors' attorney will upload the Order to the MMM Portal as part of the submission of Debtors' documentation.

11. Debtor's attorney:

☒ will forward the mediator's fee directly to the mediator within seven days after designation of the mediator; **OR**

☐ represents that the Debtor requests he/she be considered as a candidate for pro bono mediation because the Debtor's undersigned attorney is representing the Debtor pro bono, or Debtor's income is less than 150% above the poverty level (see attached calculation).

12. Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the mortgage modification mediation program.

13. [For chapter 7 debtors] Debtors understand and consent to this Court's MMM procedures which require that, if the Debtors become otherwise eligible for entry of a discharge before the MMM process is completed, the Court shall delay issuance of the discharge until either an agreement is reached or the parties reach impasse as reflected in the Local Form "Final Report of Mortgage Modification Mediator".

**WHEREFORE**, Debtor requests that the Ex Parte Motion be granted and for such other and further relief as this Court deems proper.

## DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on March 10, 2017.

_____
Debtor

_____
Joint-Debtor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtors' Ex Parte Motion for Referral to Mortgage Modification Mediation was served by U.S, first class Mail, upon the parties listed below on March 10, 2017.

                                        Respectfully Submitted,

                                        **The Law Offices of Patrick L Cordero, P.A.**
                                        Attorney for Debtor(s).
                                        7333 Coral Way
                                        Miami, Florida 33155
                                        Tel: (305) 445-4855

                                        By:   /s/ (FILED ECF)
                                        [   ] Patrick L. Cordero, Esq., FBN 801992
                                        [ X ] Miriam V. Marenco, Esq., FBN 86115
                                        [   ] Giselle Velez, Esq., FBN 71004
                                        [   ] Maria Daneri, Esq., FBN 88604

Copies to:

Corporation Service Company,
Registered Agent
1201 Hays St
Tallahassee, FL 32301-2525

Nationstar Mortgage LLC
Attn: Bray, Jay/Title MGR
8950 Cypress Waters Boulevard
Dallas, TX 75019

Nationstar Mortgage LLC
Attn: Vera, Efrain/CEO
8950 Cypress Waters Boulevard
Dallas, TX 75019
Certified Mail #: 7010 3090 0003 3275 6972

Nationstar Mortgage LLC
PO Box 619096
Dallas, Tx 75261-9741

Aldridge Pite, LLP
Rachel L Ahlum
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305