**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:  Case #17-10699-RAM
**Debtor:** Carlos Padron  Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 06-05-2017 and the following parties were present:

1. [ x ] The Debtor: N/A
2. [ x ] The Debtor's Attorney: Miriam Marenco
3. [ x ] The Lender's Representative: Barry Smith
4. [ x ] The Lender's Attorney: Chase Berger

**B.** The final MMM conference was scheduled for 06-05-2017 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement


Dated: 06.05.17                Signature of Mediator: _____//s// Robin Weiner
                               Printed Name: Robin Weiner
                               Address: 151 North Nob Hill Road #132 Plantation, FL 33324
Copies To:                     Phone: (754) 227-9449
[All Parties to Mediation]     Email: impartialmediator@gmail.com