**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:  Case #17-10699-RAM
**Debtor:** Carlos Padron  Chapter 13

---

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 07-24-2017 and the following parties were present:

1. [  ] The Debtor:
2. [  ] The Debtor's Attorney:
3. [  ] The Lender's Representative:
4. [  ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 07-24-2017 but not conducted for the following reason:

1. [ x ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [  ] Other

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [  ] The parties did not reach an agreement


Dated: 07.17.17    Signature of Mediator: _____ //s// Robin Weiner
                   Printed Name: Robin Weiner
                   Address: 151 North Nob Hill Road #132 Plantation, FL 33324
Copies To:         Phone: (754) 227-9449
[All Parties to Mediation]    Email: impartialmediator@gmail.com