**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
<u>**CHAPTER 13 PLAN (Individual Adjustment of Debts)**</u>

Sixth Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:      Carlos L. Padron         JOINT DEBTOR: <u>Milagros Sanchez Suarez</u> CASE NO.: <u>17-10699-BKC-RAM</u>
Last Four Digits of SS#   <u>2891</u>      Last Four Digits of SS#  <u>1754</u>

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $  <u>2,207.33</u>   for months   <u>1</u>   to   <u>5</u>  ;
    B.    $  <u>2,467.70</u>   for months   <u>6</u>   to   <u>6</u>  ; in order to pay the following creditors:
    C.    $  <u>1,848.12</u>   for months   <u>7</u>   to   <u>60</u> ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $3500.00 + $5,000.00 (MMM) + $3,500(MTVx7) + $525.00 Costs = $12,525.00
                   Total Paid    - $ <u>1,275.00</u>
                   Balance Due   - $ <u>11,250.00</u>   Payable $  <u>375.00</u>    /month  (Months  <u>1</u>  to  <u>30</u>  )

<u>Secured Creditors</u>:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. <u>BSI Financial Services (H/s-Mtg) [POC 15-1]</u>     Regular Monthly Payment: $570.34 x 60 = $34,220.40
Address:  <u>POB 517</u>                              Payment  $  <u>570.34</u> /month    (Months  <u>1</u>  to  <u>60</u>  )
          <u>Titusville, PA 16354</u>
Account No:   <u>1404718918</u>                       Arrears on Petition Date:   $21,058.13
                                                 Payment  $  <u>19.05</u>    /month  (Months  <u>1</u>  to  <u>5</u>   )
                                                 Payment  $ <u>253.38</u>    /month  (Months  <u>6</u>  to  <u>6</u>   )
                                                 Payment  $ <u>255.76</u>    /month  (Months  <u>7</u>  to  <u>30</u>  )
                                                 Payment  $ <u>485.71</u>    /month  (Months  <u>31</u> to  <u>60</u>  )

2. <u>Nationstar Mortgage, LLC (Non-H/s-Mtg)</u>        MMM Program Proposed Pymt = $560.00 x 6 =$3,360.00
Address: <u>8950 Cypress Waters Blvd</u>               Approved July 2017
         <u>Coppell, TX 75019</u>                      Payment  $  <u>560.00</u>  /month  (Months  <u>1</u>  to  <u>6</u>  )
Account No:    <u>596623028</u>                       Payment  $   <u>0.00</u> /month   (Months  <u>7</u>  to  <u>60</u>  )

3. <u>Hemingway Villas Condominium (H/s)</u>           HOA Regular Payment $ <u>172.26 x 60 months = $10,335.60</u>
Address: <u>1000 5th ST #1316</u>                    Payment  $ <u>172.26</u> /month    (Months  <u>1</u>  to  <u>60</u>  )
         <u>Miami Beach, FL 33139</u>
Account No:   <u>Unit #212</u>                        HOA Special Assessment Owed on Petition Date $ <u>385.20</u>
                                                 Payment  $   <u>6.42</u> /month    (Months  <u>1</u>  to  <u>60</u>  )

4. <u>Hemingway Villas Condominium (Non-H/s)</u>       HOA Regular Payment $ <u>172.26 x 60 months = $10,335.60</u>
Address: <u>1000 5th ST #1316</u>                    Payment  $ <u>172.26</u> /month    (Months  <u>1</u>  to  <u>60</u>  )
         <u>Miami Beach, FL 33139</u>
Account No:   <u>Unit #110</u>                        HOA Special Assessment Owed on Petition Date $ <u>385.20</u>
                                                 Payment  $   <u>6.42</u> /month    (Months  <u>1</u>  to  <u>60</u>  )

5. <u>Miami-Dade County Tax Collector [POC 16-1]</u>   Amount Due: $1,100.78 at 18% interest: $1,677.20
Address: <u>200 NW 2nd Avenue, Suite 430</u>         Payment  $  <u>27.96</u>   /month  (Months  <u>1</u>  to  <u>60</u>  )
         <u>Miami, FL 33128</u>

LF-31 (rev. 01/08/10)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Manhattan Mtg (Non-H/s2nd Mtg) Acct # xxxxx5386 | Non-Homestead property located at:: 9375 SW 40 Terr #110 Miami, FL 33165 VALUE: $80,000.00 | 0.00% | $0.00 | 1 To 60 | $0.00 |
| Hemingway Villas Condominium c/o Advantage Property Mgmt 1000 5th ST #1316 Miami Beach, FL 33139 (Non-H/s-HOA) – Unit #110 | Non-Homestead property located at 9375 SW 40 Terr **#110** Miami, FL 33165 VALUE: $80,000.00 | 0.00% | $0.00 | 1 To 60 | $0.00 |
| Hemingway Villas Condominium c/o Advantage Property Mgmt 1000 5th ST #1316 Miami Beach, FL 33139 (Non-H/s-HOA-Special Assessment) – Unit 110 | Non-Homestead property located at: 9375 SW 40 Terr **#110** Miami, FL 33165 VALUE: $80,000.00 | 0.00% | $0.00 | 1 To 60 | $0.00 |
| Hemingway Villas Condominium c/o Advantage Property Mgmt 1000 5th ST #1316 Miami Beach, FL 33139 (H/s-HOA) – Unit 212 | Homestead property located at 9375 SW 40 Terr **#212** Miami, FL 33165 VALUE: $80,000.00 | 0.00% | $0.00 | 1 To 60 | $0.00 |
| Hemingway Villas Condominium c/o Advantage Property Mgmt 1000 5th ST #1316 Miami Beach, FL 33139 (Non-HOA-Special Assessment) – Unit #212 | Homestead property located at 9375 SW 40 Terr **#212** Miami, FL 33165 VALUE: $80,000.00 | 0.00% | $0.00 | 1 To 60 | $0.00 |
| Ford Motor Credit POB 62180 Colorado Springs, CO 80962 Acct #5517 | 2012 Ford Focus VIN# 1FAHP3K27CL390246 VALUE: $4,050.00 | 5.25% | $76.89 | 1 to 60 | $4,613.40 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____        Total Due $_____
                                  Payable  $_____/month   (Months_____ to _____)

Unsecured Creditors:    Pay $___0.00_____month    (Months__1__ to __30__)
                        Pay $__145.05_____month    (Months__31__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:  Debtors surrender all interest in the 2012 Nissan Versa securing the claim of Exeter Finance Corp (account 51001).   Nationstar Mortgage LLC (Non-homestead/1st Mortgage) is being treated outside of the Chapter 13 Plan.

The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case.  The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years' income.

We declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ | /s/ |
|---|---|
| Debtor | Joint Debtor |
| Date:      08/01/2017 | Date 08/01/2017 |

LF-31 (rev. 01/08/10)