**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☒ Seventh _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Carlos L Padron    JOINT DEBTOR: Milagros Sanchez Suarez    CASE NO.: 17-10699-RAM

SS#: xxx-xx-2891    SS#: xxx-xx-1754

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ☒ |
| Nonstandard provisions, set out in Section VIII | ☐ | ☒ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,933.69    for months  1  to  60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $12000.00 | Total Paid: | $1275.00 | Balance Due: | $10725.00 |
|---|---|---|---|---|---|
| | Payable | $357.50 | /month (Months 1 to 30) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 + $5,000.00 (MMM) + $3,000.00 (MTV x 6) + $500.00 costs = $12,000.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: BSI Financial Services [POC 15-1]

   Address: PO Box 660605, Dallas, TX 75266

   Last 4 Digits of Account No.: 8918

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $21,058.13 | |
   | Arrears Payment (Cure) | $20.74 | /month (Months 1 to 12) |
   | Arrears Payment (Cure) | $300.74 | /month (Months 13 to 30) |
   | Arrears Payment (Cure) | $513.20 | /month (Months 31 to 60) |
   | Regular Payment (Maintain) | $570.34 | /month (Months 1 to 60) |

   Other:

- ☑ Real Property
  - ☑ Principal Residence
  - ☐ Other Real Property

Address of Collateral:
9375 SW 40th Terrace #212, Miami, FL 33165

Check one below for Real Property:
- ☑ Escrow is included in the regular payments
- ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

☐ Personal Property/Vehicle
Description of Collateral:

---

2. Creditor: MTGLQ Investors, L.P.

Address: c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | MMM approved in month 6: $560.00 x 6 = $3,360.00 | |
| MMM Adequate Protection | $280.00 | /month (Months 1 to 12 ) |
| MMM Adequate Protection | $0.00 | /month (Months 13 to 60 ) |

Last 4 Digits of Account No.: 0666

Other:

- ☑ Real Property
  - ☐ Principal Residence
  - ☑ Other Real Property

Address of Collateral:
9375 SW 40th Terrace, #110, Miami, FL 33165

Check one below for Real Property:
- ☑ Escrow is included in the regular payments
- ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

☐ Personal Property/Vehicle
Description of Collateral:

---

3. Creditor: Hemingway Villas Condominium

Address: 1000 5th ST #1316
Miami Beach, FL 33139

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | | |
| Regular Payment | $172.26 | /month (Months 1 to 60 ) |
| Special Assessment | $6.42 | /month (Months 1 to 60 ) |

Last 4 Digits of Account No.: #212

Other:

- ☑ Real Property
  - ☑ Principal Residence
  - ☐ Other Real Property

Address of Collateral:
9375 SW 40th Terrace #212, Miami, FL 33165

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

☐ Personal Property/Vehicle
Description of Collateral:

Debtor(s): Carlos L Padron, Milagros Sanchez Suarez  Case number: 17-10699-RAM

**4. Creditor:** Hemingway Villas Condominium

    Address: 1000 5th ST #1316
    Miami Beach, FL 33139

Arrearage/ Payoff on Petition Date: _____

Regular Payment: $172.26 /month (Months 1 to 60)

Special Assessment: $6.42 /month (Months 1 to 60)

Last 4 Digits of Account No.: #110

Other: _____

☒ Real Property
  ☐ Principal Residence
  ☒ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
9375 SW 40th Terrace, #110, Miami, FL 33165

☐ Personal Property/Vehicle
Description of Collateral: _____

**5. Creditor:** Miami-Dade County Tax Collector [POC 16-1]

    Address: 200 NW 2nd Avenue,
    Suite.430
    Miami, FL 33128-1725

Arrearage/ Payoff on Petition Date: $1,100.78 at 18% interest = $1,677.20

Regular Payment (Maintain): $27.96 /month (Months 1 to 60)

Last 4 Digits of Account No.: 0250

Other: 2016 real estate taxes

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
9375 SW 40th Terrace #212, Miami, FL 33165

☐ Personal Property/Vehicle
Description of Collateral: _____

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

Debtor(s): Carlos L Padron, Milagros Sanchez Suare    Case number: 17-10699-RAM

| # | Creditor | Collateral / Lien | Payment |
|---|---|---|---|
| 1 | Creditor: Chase Manhattan Mortgage<br>Address: PO Box 24676, Columbus, OH 43224<br>Last 4 Digits of Account No.: 5386<br>Real Property<br>☐ Principal Residence<br>■ Other Real Property<br>Address of Collateral:<br>9375 SW 40th Terrace, #110<br>Miami, FL 33165 | Value of Collateral: $80,000.00<br>Amount of Creditor's Lien: $23,754.10<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br>$0.00 /month (Months 1 to 60) |
| 2 | Creditor: Hemingway Villas Condominium<br>Address: 1000 5th ST #1316, Miami Beach, FL 33139<br>Last 4 Digits of Account No.: #110<br>Real Property<br>☐ Principal Residence<br>■ Other Real Property<br>Address of Collateral:<br>9375 SW 40th Terrace, #110<br>Miami, FL 33165 | Value of Collateral: $80,000.00<br>Amount of Creditor's Lien: $13,000.00<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br>$0.00 /month (Months 1 to 60) |
| 3 | Creditor: Hemingway Villas Condominium (Special Assessments)<br>Address: 1000 5th ST #1316, Miami Beach, FL 33139<br>Last 4 Digits of Account No.: #110<br>Real Property<br>☐ Principal Residence<br>■ Other Real Property<br>Address of Collateral:<br>9375 SW 40th Terrace, #110<br>Miami, FL 33165 | Value of Collateral: $80,000.00<br>Amount of Creditor's Lien: $1,460.80<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br>$0.00 /month (Months 1 to 60) |
| 4 | Creditor: Hemingway Villas Condominium<br>Address: 1000 5th ST #1316, Miami Beach, FL 33139<br>Last 4 Digits of Account No.: #212<br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>9375 SW 40th Terrace #212, Miami, FL 33165 | Value of Collateral: $80,000.00<br>Amount of Creditor's Lien: $13,000.00<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br>$0.00 /month (Months 1 to 60) |

| 5. Creditor: Hemingway Villas Condominium (Special Assessments) | Value of Collateral: $80,000.00 | |
|---|---|---|
| Address: 1000 5th ST #1316 Miami Beach, FL 33139 | Amount of Creditor's Lien: $1,376.00 | |
| Last 4 Digits of Account No.: #212 | Interest Rate: 0.00% | **Payment** |
| Real Property | Check one below: | Total paid in plan: $0.00 |
| ■ Principal Residence | ☐ Escrow is included in the monthly mortgage payment listed in this section | $0.00 /month (Months 1 to 60) |
| ☐ Other Real Property | ☐ The debtor(s) will pay | |
| Address of Collateral: 9375 SW 40th Terrace #212, Miami, FL 33165 | ☐ taxes   ☐ insurance directly | |

### 2. VEHICLES(S):  ☐ NONE

| 1. Creditor: Ford Motor Credit | Value of Collateral: $6,500.00 | |
|---|---|---|
| Address: PO Box 62180 Colorado Springs, CO 80962 | Amount of Creditor's Lien: $11,371.00 | |
| Last 4 Digits of Account No.: 5517 | Interest Rate: 6.25% | |
| VIN: 1FAHP3K27CL390246 | | **Payment** |
| Description of Collateral: 2012 Ford Focus | | Total paid in plan: $7,585.20 |
| | | $126.42 /month (Months 1 to 60) |
| Check one below: ■ Claim incurred 910 days or more pre-petition ☐ Claim incurred less than 910 days pre-petition | | |

### 3. PERSONAL PROPERTY: ■ NONE

**C. LIEN AVOIDANCE**  ■ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Exeter Finance Corp | 5415 | 2012 Nissan Versa |

**E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | MTGLQ Investors, L.P. | 0666 | 9375 SW 40th Terrace, #110, Miami, FL 33165 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:** ☒ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

   D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay   $0.00   /month (Months  1  to 30 )

      Pay   $145.04  /month (Months 31 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

   ☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Carlos L Padron | Debtor | 01/12/2018 | /s/ Milagros Sanchez Suarez | Joint Debtor | 01/12/2018 |
|---|---|---|---|---|---|
| Carlos L Padron | | Date | Milagros Sanchez Suarez | | Date |

_____  _____

Attorney with permission to sign on   Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**