

**ORDERED in the Southern District of Florida on January 22, 2018.**

                                                                    _____
                                                                    **Robert A. Mark, Judge**
                                                                    **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                                                  Case No: 17-10699-RAM
                                                                            Chapter 13

CARLOS L PADRON
*AKA* CARLOS PADRON
*AKA* CARLOS LUIS PADRON
MILAGROS SANCHEZ SUAREZ
*AKA* MILAGROS SANCHEZ

Debtor(s)
_____/

ORDER GRANTING MOTION FOR APPROVAL OF PERMANENT MORTGAGE MODIFICATION

        This Case was considered on the Secured Creditors' Motion for Approval of Permanent Mortgage Modification (Doc No. 127) ("The Motion"), and the court having considered the Motion, having heard no opposition, and for good cause shown, it is:

10214459.1

ORDERED:

1. The Motion (Doc. No. 127) is **GRANTED**.

2. The permanent mortgage modification agreement with Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P.is approved and the parties are to comply with the terms of the agreement.

3. The modified payment is $844.65 of which $639.07 is principle and interest. The balance for the payment includes escrow for taxes and insurance, and the Debtor shall begin payments on December 1, 2017.

4. The escrow payment may adjust periodically in accordance with applicable law, which may make the payments subject to change.

5. The "New Principal Balance" on the note is $156,180.60, which shall be amortized as follows:

| Number of Monthly Payments | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On |
|---|---|---|---|---|---|---|
| 266 | 4.75% | 11/01/2017 | $639.07 | $205.58 May adjust periodically | $844.65 May adjust periodically | 12/01/2017 |

6. The "New Principal Balance" and the "Deferred Principal balance," and any other amounts still owed according to the terms of the Home Affordable Modification Agreement, shall be due and payable in full by the earliest of: 1) The sale or transfer of any Debtors' interest in the property subject to the mortgage, 2) the date of Debtors pay the entire "New Principal Balance", or 3) the Maturity Date" of January 1, 2040.

7. The modification agreement should be filed in the public records of Miami- Dade

10214459.1

County, Florida.

8. Attorney's fees of $500.00 for the preparation and filing of this Motion. Secured Creditor requests that its attorneys' fees be awarded to Secured Creditor, which amount should be recoverable from the loan documents

9. All other orders that do not conflict with this order remain in full force and effect.

**###**

Attorney Shirley Palumbo, Esq. is directed to serve a copy of this order on interested parties and file a Certificate of service within 3 days of entry of the order

10214459.1